George Lueders and Another, Respondents, v. Hugo Menzel and Others, Appellants.— Motion granted, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Margaret Molloy, as Executrix, etc., Appellant, v. Metropolitan Street Railway Company, Respondent. — Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. James Ranelli, Appellant.— Motion granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Abraham Rubin and Another, Respondents, v. John C. Gabler Company, Appellant.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Julius Schiller, Appellant, v. Simon Wilnau, as Executor, etc., Respondent. — Motion granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Louisa Schwalenberg and Others, Appellants, v. Margaret M. Dunn and Others, Respondents. — Motion granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Howard P. Wheeler, Plaintiff, v. S. Osgood Pell & Co., Defendant.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

John D. Barben, Appellant, v. Louis Ratner, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Max Braiker, Respondent, v. Harry Lindenbaum, Appellant, and Others, Defendants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

John F. Clare, Respondent, v. James A. McDonald, Defendant, and Margaret McDonald, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charlotte Davis, Appellant, v. James Gorton, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Elise H. Dollin, Appellant, v. Lizzie M. Moore, Respondent. (Actions Nos. 1 and 2.)— The evidence presented a question of fact which must be regarded as determined in favor of the defendant by a judgment dismissing the complaint on the merits. Judgments of the Municipal Court affirmed, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Nellie I. Ensley, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Emma Faudington, as Administratrix, etc., of James A. Faudington, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Without passing upon the merits of the case until the facts and especially the nature and parts of the frog and switch shall be sufficiently shown, by oral evidence, or by a suitable drawing or model, the judgment and order are reversed and a new trial ordered, costs to abide the event, for the reason that upon the present evidence the case is not